**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DANNY JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-64** |
| **TIM WILKINSON, WARDEN** | **SECTION "C" (4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Danny Jackson's petition for issuance of a writ of habeas corpus is DISMISSED WITH PREJUDICE as time-barred.

New Orleans, Louisiana, this 28 day of April, 2011.

_____
**UNITED STATES DISTRICT JUDGE**